# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

August 19, 2016

Lyle W. Cayce
Clerk

No. 15-41478

JUAN AVILA; GUADALUPE GONZALEZ; JOSE HERRERA; EDUARDO MARES; EZEQUIEL RODRIGUEZ; OSCAR RODRIGUEZ,

Plaintiffs - Appellants

v.

PIONEER HI-BRED INTERNATIONAL, INCORPORATED,

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:12-CV-241

Before DAVIS, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:*

The plaintiff appellants challenge as inadequate the district court's $17,500 award to their attorneys in this case. The district court, which supervised the handling of this case during its life in that court until it was ultimately compromised for $6,000, concluded after extensive briefing and oral argument that this was a reasonable fee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-41478

After a careful review of the briefs and record we find no abuse of discretion and affirm the district court's award.

AFFIRMED.